IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00479-07 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE JESUS RUIZ,            (07) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there has been no timely objection, the plea of guilty of

the Defendant to Count 1 of the Second Superseding Indictment is now Accepted

and the Defendant is Adjudged Guilty of such offense.  All parties shall appear

before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 27, 2006.

_____
David Alan Ezra
United States District Judge